Certificate Number: 03088-NJ-DE-035732559

Bankruptcy Case Number: 21-13949



03088-NJ-DE-035732559

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 4, 2021, at 7:32 o'clock PM CDT, Colleen A Perry completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: June 4, 2021

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor